## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAROLYN HALL-WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-4257** |
| **ALLSTATE INSURANCE COMPANY** | **SECTION: "S" (3)** |

### ORDER

**IT IS HEREBY ORDERED** that the Motion to Compel Arbitration and for Contempt of Court filed by intervenor, Paul C. Miniclier ("Miniclier") (Doc. #139), is **GRANTED**, as to compelling arbitration between Miniclier and Carolyn Hall-Williams ("Hall-Williams"), and ordering Hall-Williams to pay the Bill of Costs awarded by the United States Court of Appeals for the Fifth Circuit to Miniclier, and **DENIED** as to Miliclier's request for an award of the fees associated with bringing the motion.

**IT IS FURTHER ORDERED** that Hall-Williams sign the Petition to Arbitrate with the Louisiana State Bar Association and return it to Miniclier within ten (10) days of the date of this Order.

New Orleans, Louisiana, this   3rd  day of June, 2010.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**